| | *Parish v. City of Elkhart and Steve Rezutko* | | | | |
| --- | --- | --- | --- | --- | --- |
| | Cause No. 3:07-cv-00452-RL | | | | |
| | **Entries regarding Eddie Love** | | | | |
| **Date** | **Description** | **Attorney** | **Time** | **Attorney Rate** | **Entry Amount** |
| 3/31/2008 | confer re: investigator's failure to find Elove devise new strategy | Jon Loevy | 0.25 | $425.00 | $106.25 |
| 4/26/2008 | review GH email re: Eddie Love & discuss | Jon Loevy | 0.25 | $425.00 | $106.25 |
| 2/12/2009 | prep Andrew Scott for deposition; disc. Case; pc w/ ES re: Eddie Love; disc. ES affidavits from Ackley & Coleman and disc. them w/co-counsel | Jon Loevy | 3.5 | $425.00 | $1,487.50 |
| 2/25/2009 | pc w/ Elliot re: Eddie Love | Jon Loevy | 0.25 | $425.00 | $106.25 |
| 3/11/2009 | Assist AL to prep Love dep. | Jon Loevy | 2.75 | $425.00 | $1,168.75 |
| 3/12/2009 | confer w/ AL re: Love deposition; confer w/ Hodes re: expert prep | Jon Loevy | 1 | $425.00 | $425.00 |
| 4/9/2009 | confer w/ ES re: Love | Jon Loevy | 0.25 | $425.00 | $106.25 |
| 5/20/2008 | Interview Eddie Love (Westville Correctional Institution) | William Hodes | 2.4 | $400.00 | $960.00 |
| 5/19/2008 | Prepare for visiting Eddie Love, including reviewing the police file and post-conviction file for his statements | Gayle Horn | 2 | $295.00 | $590.00 |
| 5/20/2008 | Visited Eddie Love at Westville Correctional Facility, including travel time | Gayle Horn | 5 | $295.00 | $1,475.00 |
| 2/12/2009 | Debriefing from Elliot on trip to find Love | Gayle Horn | 1 | $295.00 | $295.00 |
| 3/11/2009 | prepare for Eddie Love Dep. Review trial testimony; review all police reports and related documents; meet with Elliot to assist; review related discovery | Arthur Lovey | 8 | $470.00 | $3,760.00 |
| 3/12/2009 | draft outline for Love dep; continue rev. relevant docs and testimony; meet w/ Eddie Love; prep/travel/take deposition of Love | Arthur Lovey | 5.5 | $470.00 | $2,585.00 |
| 9/23/2008 | Tracking down Eddie Love and Chancie Stewart in Elkhart and Goshen Indiana | Elliot Slosar | 10.5 | $105.00 | $1,102.50 |
| 10/1/2008 | Tracking down Eddie Love and Jackie Malone in Elkhart and Goshen, Indiana. Traveled to Benton Harbor Michigan to search for information in the Johlanis Ervin Murder Case. | Elliot Slosar | 14.25 | $105.00 | $1,496.25 |

| *Parish v. City of Elkhart and Steve Rezutko* |
|||||||

| Parish v. City of Elkhart and Steve Rezutko |||||| 
|---|---|---|---|---|---|
| Cause No. 3:07-cv-00452-RL ||||||
| **Entries regarding Eddie Love** ||||||
| **Date** | **Description** | **Attorney** | **Time** | **Attorney Rate** | **Entry Amount** |
| 11/24/2008 | Drove to Elkhart Indiana to Meet with Eddie Love. Drove to Michigan in order to meet with Jennifer Dolph | Elliot Slosar | 17.75 | $105.00 | $1,863.75 |
| 2/12/2009 | Drove to Elkhart Indiana in order to find Eddie Love and Jermaine Bradley. Stayed over night to stake out two houses the next day in an attempt to locate Eddie Love. | Elliot Slosar | 19.5 | $105.00 | $2,047.50 |
| 2/25/2009 | Drove to Elkhart and Goshen in order to find Eddie Love and Shelia Jackson. | Elliot Slosar | 10.5 | $105.00 | $1,102.50 |
| 4/9/2009 | Drove to Elkhart and Goshen Indiana in order to find Eddie Love and Chancie Stewart | Elliot Slosar | 9.5 | $105.00 | $997.50 |
| 4/11/2009 | Drove to Elkhart and Goshen in order to look for Eddie Love, Jermaine Bradley, and Stellana O'Neal | Elliot Slosar | 10.5 | $105.00 | $1,102.50 |
| 4/20/2009 | Drove to Elkhart in order to meet with Eddie Love and Jackie Malone's mother. | Elliot Slosar | 9.5 | $105.00 | $997.50 |
| | **Total Fees Related to Eddie Love** | | 134.2 | | $23,881.25 |

| Parish v. City of Elkhart and Steve Rezutko | | | | |
|---|---|---|---|---|
| Cause No. 3:07-cv-00452-RL | | | | |
| **Costs regarding Eddie Love** | | | | |
| **Vendor** | **Date** | **Amount** | **Notes** | **Category** |
| Panera Bread | 10/20/2008 | $10.99 | Transaction on 9/30/08; trip to find Jackie Malone and Love | Other Costs |
| Panda Express | 10/20/2008 | $6.52 | Transaction on 9/30/08; trip to find Jackie Malone and Love | Other Costs |
| Hardee's | 10/20/2008 | $8.04 | Transaction on 9/30/08; trip to find Jackie Malone and Love | Other Costs |
| Elliot Slosar Car Mileage | 10/25/2008 | $680.24 | Trips to search for Cooper, E. Love and Jackie Malone | Other Costs |
| Budget Rent-a-Car | 12/20/2008 | $368.13 | Transaction on 12/17/08; trip to meet with Love, Chancy Stewart and Jason Ackley | Other Costs |
| Hampton Inns | 12/20/2008 | $176.52 | Transaction on 12/17/08; trip to meet with Love, Chancy Stewart and Jason Ackley | Other Costs |
| Elliot Slosar Car Mileage | 1/9/2009 | $255.03 | Trips to meet with Ellie Love, Dolph and round trip to airport for Kentucky Trip | Other Costs |
| Hardee's | 2/20/2009 | $8.44 | Transaction on 2/12/09; trip to visit Love | Other Costs |
| Buffalo Wild Wings | 2/20/2009 | $17.51 | Transaction on 2/12/09; trip to visit Love | Other Costs |
| Hampton Inns | 2/20/2009 | $106.44 | Transaction on 2/12/09; trip to visit Love | Other Costs |
| Elliot Slosar Car Mileage | 3/17/2009 | $1,169.08 | Trips to find Love, Bradley; trip to Chancy Stewart; trips to J. Malone, Love Sheila Jackson, and Stellana O'Neal | Other Costs |
| Midwest Reporting, Inc. Court Reporters | 4/2/2009 | $235.60 | Deposition Transcript of Eddie Love, taken on 3/12/2009 | Recorded Transcripts |
| Elliot Slosar Car Mileage | 5/17/2009 | $671.65 | Trip to look for Eddie Love, C. Stewart; trip to meet with Eddie Love. Jermaine Booz, Stellora O'Neal; trip to meet with Eddie Love and Jackie Malone | Other Costs |
| Elliot Slosar Car Mileage | 7/22/2009 | $479.75 | Trips to Eddie Love, C. Stewart and J. Dolph | Other Costs |
| **Totals Costs** | | **$4,193.94** | | |

| *Parish v. City of Elkhart and Steve Rezutko* |
|---|---|---|---|
| Cause No. 3:07-cv-00452-RL |
| **Total Fees and Costs regarding Eddie Love** |
| **Attorney/Personnel** | **Time** | **Rate** | **Amount** |
| Jon Loevy | 8.25 | $425.00 | $3,506.25 |
| William Hodes | 2.4 | $400.00 | $960.00 |
| Gayle Horn | 8 | $295.00 | $2,360.00 |
| Arthur Loevy | 13.5 | $470.00 | $6,345.00 |
| Elliot Slosar | 102 | $105.00 | $10,710.00 |
| | | | |
| **Total Fees** | 134.15 | | $23,881.25 |
| | | | |
| **Expense** | | | $4,193.94 |
| | | | |
| **Total Fees and Costs** | | | $28,075.19 |