## Christopher Parish Expenses

| Vendor | Date | Amount | Notes |
|---|---|---|---|
| Cab, vendor unspecified | 8/19/08 | $20.00 | Taxi for Elliot Slosar from O'Hare to car for to Kentucky to meet with Kershner, Canell and Smallwood |
| Expedia Travel | 8/20/08 | $209.76 | Transaction on 7/19/08; trip to meet with Corbin |
| Southwest Airlines | 8/20/08 | $68.01 | Transaction on 7/26/08; trip to meet with Kershner, Smallwood and Canell |
| Shoney's | 8/20/08 | $11.00 | Transaction on 7/28/08; trip to meet with Kershner, Smallwood and Canell |
| Alamo Rent-a-Car | 8/20/08 | $178.97 | Transaction on 7/29/08; trip to meet with Kershner, Smallwood and Canell |
| Whitt's Barbeque | 8/20/08 | $11.12 | Transaction on 7/29/08; trip to meet with Kershner, Smallwood and Canell |
| Days Inn | 8/20/08 | $66.78 | Transaction on 7/29/08; trip to meet with Kershner, Smallwood and Canell |
| Ruby Tuesday | 8/20/08 | $36.00 | Transaction on 8/13/08; trip to meet with Kershner, Smallwood and Canell |
| Baraonda | 8/20/08 | $36.30 | Transaction on 8/12/08; trip to meet with Kershner, Smallwood and Canell |
| Dunkin Donuts | 8/20/08 | $7.36 | Transaction on 8/13/08; trip to meet with Kershner, Smallwood and Canell |
| Pizza Hut | 8/20/08 | $22.65 | Transaction on 8/13/08; trip to meet with Kershner, Smallwood and Canell |
| Chili's | 8/20/08 | $30.00 | Transaction on 8/14/08; trip to meet with Kershner, Smallwood and Canell |
| Pride Airport Parking | 8/20/08 | $34.60 | Transaction on 8/14/08; trip to meet with Kershner, Smallwood and Canell |
| Shoney's | 8/20/08 | $44.00 | Transaction on 8/14/08; trip to meet with Kershner, Smallwood and Canell |
| Golden Corral | 8/20/08 | $8.39 | Transaction on 8/17/08; trip to meet with Kershner, Smallwood and Canell |
| Bookland | 9/20/08 | $32.84 | Transaction on 9/11/08 |
| Airport Parking Express | 9/20/08 | $24.00 | Transaction on 9/12/08; trip to Kentucky |
| FedEx Kinko's | 9/20/08 | $50.24 | Transaction on 9/15/08; printing out copies of petition |
| Amazon.com | 9/20/08 | $89.77 | Transaction on 9/15/08; books on witness identification |
| BWI Boingo Wireless | 9/20/08 | $3.95 | Transaction on 9/12/08; internet usage for Kentucky trip |
| KFC/A&W | 9/20/08 | $6.72 | Transaction on 9/10/08; trip to Corbin, KY |
| Sonny's Real Piet Bar Be Que | 9/20/08 | $22.00 | Transaction on 9/11/08; trip to Corbin, KY |
| Sonny's Real Piet | 9/20/08 | $32.26 | Transaction on 9/12/08; trip to Corbin, KY |

EXHIBIT "B"

| | | | |
|---|---|---|---|
| Bar Be Que | | | |
| Hampton Inns | 9/20/08 | $86.27 | Transaction on 9/12/08; trip to Corbin, KY |
| Manny's Cafe | 9/20/08 | $12.56 | Transaction on 9/12/08; trip to Corbin, KY |
| United Parcel Service | 9/20/08 | $27.82 | |
| Enterprise Rent-A-Car | 10/20/08 | $106.96 | Transaction on 9/19/08; trip to visit Canell, Kershner & Smallwood |
| Panera Bread | 10/20/08 | $19.81 | Transaction on 9/23/08; trip to visit Canell, Kershner & Smallwood |
| Yellow Cab | 10/20/08 | $26.00 | Transaction on 9/11/08; trip to visit Canell, Kershner & Smallwood |
| Hardee's | 10/20/08 | $15.27 | Transaction on 9/23/08; trip to visit Canell, Kershner & Smallwood |
| Panera Bread | 10/20/08 | $10.99 | Transaction on 9/30/08; trip to find Jackie Malone and Love |
| Panda Express | 10/20/08 | $6.52 | Transaction on 9/30/08; trip to find Jackie Malone and Love |
| Hardee's | 10/20/08 | $8.04 | Transaction on 10/3/08; trip to find Jackie Malone and Love |
| Elliot Slosar car mileage | 10/25/08 | $680.24 | Trips to search for Cooper, E. Love and Jackie Malone |
| BWI Boingo Wireless | 11/20/08 | $7.95 | Transaction on 10/23/08; internet access for trip to Kentucky |
| 4 Star Courier Collective LLC | 11/30/08 | $21.00 | |
| Southwest Airlines | 12/9/08 | $261.50 | Trip to Kentucky to meet with Kershner, Dolph and Smallwood |
| Best Buy | 12/20/08 | $32.23 | Transaction on 12/14/08; audio recorder to interview witnesses Kershner, Canell and Smallwood |
| Wal-Mart | 12/20/08 | $42.23 | Transaction on 12/15/08; camera for video interview of Kershner, Canell and Smallwood |
| Sonny's Real Pit | 12/20/08 | $23.06 | Transaction on 12/15/08; trip to Kentucky to interview Kershner, Canell and Smallwood |
| Sonny's Real Pit | 12/20/08 | $27.36 | Transaction on 12/16/08; trip to Kentucky to interview Kershner, Canell and Smallwood |
| Sonny's Real Pit | 12/20/08 | $12.71 | Transaction on 12/16/08; trip to Kentucky to interview Kershner, Canell and Smallwood |
| Budget Rent-a-Car | 12/20/08 | $368.13 | Transaction on 12/17/08; trip to meet with Love, Chancy Stewart and Jason Ackly |
| Hampton Inns | 12/20/08 | $176.52 | Transaction on 12/17/08; trip to meet with Love, Chancy Stewart and Jason Ackly |
| Elliot Slosar car mileage | 1/9/09 | $255.03 | Trips to meet with Eddie Love, Dolph and round trip to airport for Kentucky trip |
| Walgreen's | 2/12/09 | $4.59 | Transaction on 2/12/09; purchase office supplies for visits with clients |
| Walgreen's | 2/12/09 | $9.58 | Transaction on 2/12/09; purchase office supplies for |

|  |  |  |  |
|---|---|---|---|
|  |  |  | visits with clients |
| Hardee's | 2/20/09 | $8.44 | Transaction on 2/12/09; trip to visit Love |
| Buffalo Wild Wings | 2/20/09 | $17.51 | Transaction on 2/11/09; trip to visit Love |
| Hampton Inns | 2/20/09 | $106.44 | Transaction on 2/12/09; trip to visit Love |
| Elliot Slosar car mileage | 3/17/09 | $1,169.08 | Trips to find Love, Bradley, trip to Chancy Stewart, trips to J. Malone, Love, Sheila Jackson, and Stellana O'Neal |
| 4 Star Courier Collective LLC | 4/30/09 | $12.00 |  |
| Elliot Slosar car mileage | 5/17/09 | $671.65 | Trip to look for Eddie Love, C. Stewart; trip to meet with Eddie Love, Jermaine Booz, Stellora O'Neal; trip to meet with Eddie Love and Jackie Malone |
| Elliot Slosar car mileage | 7/22/09 | $479.75 | Trips to Eddie Love, C. Stewart and J. Dolph |
| 4 Star Courier Collective LLC | 11/30/09 | $14.00 |  |
| 4 Star Courier Collective LLC | 12/31/09 | $87.00 |  |
| 4 Star Courier Collective LLC | 2/28/10 | $8.00 |  |
| 4 Star Courier Collective LLC | 3/31/10 | $16.00 |  |